THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHERY LeMONDE, Also Known as LeMONDE ZACHERY, Appellant. [689 NYS2d 905] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, McCarthy, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PABON, Appellant. [689 NYS2d 905] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Criminal Promoting Prison Contraband, 1st Degree.) Present—Denman, P. J., Pine, Wisner, Hurlbutt and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVEY W. SAYER, Appellant. [689 NYS2d 904] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Parenti, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY WATKINS, Appellant. [689 NYS2d 905] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Burglary, 2nd Degree.) Present—Pine, J. P., Lawton, Hayes, Wisner and Callahan, JJ.